IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION           2:10CV603-MEF

WILLIAM E. BOWHALL     (PRO-SE)    CIVIL ACTION NO:
PLAINTIFF

V.

CAPITOL-EMI RECORDS INC. / BOB SEGAR & SILVER BULLET BAND / GEFFEN RECORDS - LENONO MUSIC - GUNS & ROSES BAND / CASABLANCA RECORDS - UNIVERSAL MUSIC GROUP / KISS BAND / MJJ VENTURES INC. / MICHAEL JACKSON ESTATE / SONY MUSIC - EPIC RECORDS / MUSIC CITY MUSIC - JIM HENSON

                            JURY DEMAND
                            ✓ NO
DEFENDANTS

## COMPLAINT

1.) MICHIGAN's common law Copyright entitlements have been disregarded by All named defendants. A common element of individual and/or collective conspiracy has been in effect by each party since 1974. Musical compositions, Lyrics, or partial lyrics, and supplemental technical advising on individual projects, (songs, cover jackets, videos) are the issues involved. Fraudulent copy-rights have been obtained by the defendants, with no Notification, or statement of recognition to a pseud-onym, or legal birth name. No monies have been surrendered for services rendard. Accountability for use of the pseudonym (PUNCH) by CAPITOL RECORS, Punch Enterprises Inc. and Bob Segar has never been established since it's inception in 1974. A collective conspiracy to retain, or withhold entitlements over creative works has taken place. Additional degredation has rendered current musical works at risk to novelty by financial hardships and inability to develope a marketable, quality product. The Domain of Quasi contract, emplied, or express is involved in each case.

CONTINUED

11) In the matter involving GEFFEN Records and Lenono Music, Plaintiff was involved with cover jacket and sound tracks on Double Fantasy Album as a consultant in late 1978. As to the issue involving the Guns & Roses Band, composition of the song title sweet child-o-mine with lyrics and music took place at 821 S. Michigan in Howell, Michigan

In the matter concerning Casablanca Records / Universal Music Group and the group KISS, the song title BETH with paritial lyrics and melody was created by the Plaintiff in 1974 at the Howell, High School in a drafting classroom supervised by Mr. Powelson, class instructor. The melody was created on a zylophone.

The issue of involving Michael Jackson, sony music/ Epic Records includes the original concepts of the Thriller Album in 1982-83. The song title, lyric developement, melody and album cover design of Thriller was concieved at 821 S. Michigan, Howell Michigan. Additional song titles and melodies were discussed with a concept video and stage performance. Plaintiff served as a consultant only.

In the matter involving Jim Henson and Music City music, select songs created by the Plaintiff was re-mixed without knoweldge, or permission to Polka style music. No evidence of legitimate services.

2.) WILLIAM E. BOWHALL    Ph.#(334) 524-4598
2016 OLD LAFAYETTE HWY. OPELIKA, AL. 36801

3.) CAPITOL / EMI RECORDS INC.
1750 HOLLYWOOD & VINE ST. HOLLYWOOD CAL. 90028

CASABLANCA RECORDS / UNIVERSAL MUSIC GROUP   ph.#(818) 286-4000
10 UNIVERSAL CITY PLZ, STE. 400, UNIVERSAL CITY, CAL. 91608

GEFFEN RECORDS    Ph.# (310) 865-1000
2220 COLORADO AVE. SANTA MONICA, CAL. 90404

* EPIC / SONY RECORDS    ph.# (212) 833-8870
C/O SONY CORPORATION OF AMERICA
550 MADISON AVE. 27TH FL. SCA LEGAL, NEW YORK, N.Y. 10022

MUSIC CITY MUSIC RECORDS
P.O. BOX 23564 NASHVILLE, TENN. 37202

PUNCH ENTERPRISES INC.   Ph.# (248) 642-0910   Fax. (248) 642-4626
567 PURDY ST., BIRMINGHAM, MICH.

MICHAEL JACKSON ESTATE / MJJ Productions   ph.#(323) 667-1367
1052 S. ALEMEDA ST. PMB 3, LOS ANGELES, CAL. 90021

4.) Supplemental creative works in music, motion picture, and Technical Industrial sciences have been put at risk of loss due to unecessary hardships and loss of livelihood. The issue of Qusi contract (Express, or Implied) is involved in each case.
[Restatement of Torts, sec. 7571]
[Section 5 of The FTC Act]
[Section 2 of The Sherman Act]

First cause of Action: FRAUD & DECEIT

Second cause of Action: NEGLIGENT MISREPRESENTATION

Third cause of Action: (UNFAIR COMPETITION
    [Business & Professional Code § 17200])

Fourth cause of Action: UNJUST ENRICHMENT

4.) (Continued)
In the issue of unjust enrichment, Plaintiff demands judgement to be entered against all named defendants, jointly and severly, including an order of restitution, resonable (PRO-SE) fee's, pre-judgement interest, post judgement interest, costs and such other relief, as the court deems just and proper.

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY against all named defendants. In undertaking the acts alleged in this cause of action all named defendants engaged in fraudulent oppressive and malicious conduct, and Plaintiff is therefore, entitled to an award of general, special, and punitive damages in an amount to be determined. WEREFORE, Plaintiff demands judgement to be entered against each Defendant named.

5.) The case involving CAPITOL RECORDS, BOB SEGAR, PUNCH ENTERPRISES Inc. involves services rendered from 1974-1998. Consultation on song developement, arranging and Album cover jacket designs; 1974- Live at Cobo Hall, 1977 - AGAINST THE WIND and the movie soundtrack, SHAKEDOWN from Beverly Hills Cop. In each case, my services were sought after by Bob Segar on each occassion. The 1977 Album, AGAINST the Wind, was concieved and arranged inside a rental mobil recording van from which individual tracks were cut at 124 Argyle street, Howell, Michigan 48843.

(CONTINUED)

5.) In 1985, Bob Segar approached me at my place of employment to discuss a sound track for an Eddy Murphy film. While at Greenbriar Care Facility, in the city of Howell Michigan, we took into account the plot elements and general direction of character developement from the movie script. The title and basic draft of the song SHAKEDOWN was established. The pseudonym, PUNCH was established in 1974 on Segars, Live From Cobo Hall record, but not given creddibility to my legal namesake. Additional services were offered through 1998. No compensations have been recieved for my services originating in 1974.

In the case involving CASABLANCA RECORDS, and their recording group, KISS, involves a single title song, BETH. The melody and lyrics were created in 1975, on a zyllaphone and classroom chalkboard. The instructor was Mr. Powelson at Howell High School, in the city of Howell, Michigan. His classroom served as the schools band instrument storage area and as a drafting classroom.

In the matter of GEFFEN RECORDS, and their recording artist, JOHN LENNON, the DOUBLE FANTASY Album, involveing the title song, WOMAN and supplemental songs and Album cover, in which consultation and lyric developement services were established at a recording studio. Transportation to Lennon's estate and the studio was provided for me, the plaintiff.

(CONTINUED-2)

5.) In the matter of GEFFEN RECORDS, and their recording group GUNS & ROSES. The title song, SWEET CHILD-O-MINE. It originated and was developed at my residence, 821 S. Michigan, Howell, Michigan by members of the group GUNS & ROSES, and my s. f on the front lawn of my property. At which time, band equipment was staged and my consultation was sought after for song developement purposes. Partial lyrics and main bridge or chorus was integrated into the song.

In the matter of MJJ Productions, Epic Records, Sony Records, and the Michael Jackson Estate, involving the Album and title song, THRILLER, its creation and developemental stages. Consultation and developement on the main title song THRILLER and supplemental assistance to additional song features on the same album. Marketing consept in video promotion and album cover designs, were sought after by Michael Jackson at 821 S. Michigan, Howell, Michigan in 1982. Sence that time at which the album was fomated and established, multiple albums and live performances were established with re-release dates and copyright notices.: Michael Jackson Number Ones, 2003 © MJJ Productions Inc., LIVE IN BUCHAREST: The Dangerous Tour, Michael Jackson Album 2004 © 1982 ℗ 2008 © 25 THRILLER, the 25th Anniversary Album., Michael Jackson History on Film Vol. II

(CONTINUED-3)

5.) 1997© MJJ Productions Inc., includes Title song Thriller, etc.

In retrospect and supplementals concerning the issue of CAPITOL RECORDS, BOB SEGAR, PUNCH ENTERPRISES INC., in item (1) of section (5); multiple works have been remastered and re-released on seperate albums involving songs, lyrics, melodies after their original copyright date. No compensations for these or any live performances featuring these songs of alleged contribution to BOB SEGAR's collective portfolio from 1974-1999 and employing such title songs found on the AGAINST THE WIND Album, 1980℗ 2003©; BOB SEGAR - NINE TONIGHT (Live) DETROIT, June 1980 & BOSTON, Oct. 1980, CAPITOL Records 1981©, BOB SEGAR GREATEST HITS 1994©, BOB SEGAR LIVE AT COBO HALL, June 1999, Punch Andrews., BOB SEGAR GREATEST HITS (2) CAPITOL RECORDS 2003©. Established copyrights do not bear the namesake of the plaintiff, or acknowledgement of a pseudonym as co-creator of songs individual, or as a collection of works.

In retrospect and supplemental to the issue of GEFFEN RECORDS, JOHN LENNON, GUNS & ROSES as owner of copyrights to alleged song contributions, no co-author establishments are stated on copyright applications.

In retrospect and supplemental to MJJ Productions, EPIC RECORDS, SONY RECORDS, MICHAEL JACKSON

(CONTINUED - Pg. 4)

5.) Estate concerning the alleged song contributions. No co-authorship is stated on copyright applications for ownership of works.

In the matter concerning Music City Music Records and promoter, Jim Henson; I the plaintiff was presented with a contract offer to develope my established songs which already consisted of a melody and lyrics. I sent a signed contract agreement with additional monies for assistance in musical arrangement to supplement my guitar and vocal tracks. It was understood that each contracted song would keep it's individual style of format established by me. Jim Henson disregarded my concerns and formated the lyrics to Polka style music with change in lead vocal performance, cadance, and style. making my original works unmarketable to general public listening and major Record Label interests. Correspondence began on 8/21/06 and continued through January of 2007. Approx. $1,000.00 was fraudulently recieved by Music City Music for redundant services in the effort to develope and promote my original works.

6.) In addition to stated relief in (item 4), Plaintiff requests full financial accounting of all earned incomes from live performances, record, CD, and video sales featuring all alleged song contributions. Plaintiff requests correction of public record and all copyrights applicable to each case. Acknowledgement of the psudonym (PUNCH) with certification and access to

(CONTINUED)

6.) All monies held in a trust account if any, on my behalf. In addition, Plaintiff requests mandatory professional assistance with song developement and marketing of works found on his BEAZER COLLECTION, etc. duty free of costs and with employment of a professional band member formation for master recordings and live performances. Plaintiff requests compensation award for undo PAIN AND SUFFERING as a result of forced impoverishment and conditions imposed as a result of neglect and corruption of artistic works and personal livelihood. Plaintiff requests ONE HUNDRED MILLION DOLLARS for each loss, or which ever the greater cost to the named Defendant's in each case. Additional relief is also required for loss of livelihood in business objectives associated to the developement and promotion of TV and movie screenplays. Objectives associated to technologies and industrial applications, patents and copyrights.
Additional relief is requested for emotional distress and inability to establish the HONEY BEAR FOUNDATION a non-profit orginization to assist the Human Society of America for animal adoption and care as founded on a portion of all sales and live performances of my works.

William Bowhall
7/14/10